# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0911

VERSUS

MICHAEL WRIGHT

**OCTOBER 19, 2021**

---

In Re:    Michael Wright, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 255875-1.

---

**BEFORE:    WHIPPLE, C.J., LANIER AND WOLFE, JJ.**

    **WRIT NOT CONSIDERED.** Counsel failed to include relator's name in the Affidavit. Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-3, by failing to include documentation of a timely request for a return date. Moreover, although it is not a violation of the Uniform Rules, we note that the cover page of the transcript of relator's criminal jury trial is missing. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event counsel elects to file a new application with this court, the application shall be filed on or before November 16, 2021. The application should include proof that a timely return date was obtained, the missing items noted above, and a copy of this ruling.

**VGW**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT